OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995



June 16, 2025

David D. Langfitt, Esq.
Jason E. Luckasevic, Esq.
Justin R. Wyatt, Esq.

RE: In re: NFL Players Concussion Injury Litigation, et al, et al
Case Number: 24-2839
District Court Case Number: 2-12-md-02323

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Monday, July 7, 2025** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **RESTREPO, BIBAS and CHUNG, Circuit Judges.**

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By: Ashley
Calendar Clerk
267-299-4947